**Electronically Filed
Supreme Court
SCWC-16-0000532
27-MAY-2021
02:15 PM
Dkt. 13 OGAC**

SCWC-16-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RICHARD RAPOZO, Petitioner/Petitioner-Appellant,

v.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000532; CASE NO. 1PR141000016)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant Richard Rapozo's application for writ of certiorari filed on April 20, 2021, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson



/s/ Todd W. Eddins